UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GERALD ANTHONY HAYES                          CIVIL ACTION

VERSUS                                        NO. 14-129

CAROLYN W. COLVIN, ACTING                     SECTION "J" (2)
COMMISSIONER OF SOCIAL SECURITY

## ORDER

The Court, after considering the petition, the record, the applicable law, the

Magistrate Judge's Findings and Recommendation, and Plaintiff's objections to the

Magistrate Judge's Report and Recommendation, hereby OVERRULES Plaintiff's

objections, approves the Magistrate Judge's Findings and Recommendation, and adopts

it as its opinion.   Accordingly, IT IS ORDERED that Plaintiff's complaint is

DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 17th day of November, 2014.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE